UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV17-04457 JAK (KSx) | Date | September 26, 2017 |
| Title | Erika Sepulveda, et al. v. City of Whittier, et al. | | |

Present: The Honorable **JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE**

| Andrea Keifer | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER DISCHARGING ORDER TO SHOW CAUSE AND DISMISSING DOLLAR FINANCIAL CORP. WITHOUT PREJUDICE (DKT. 56) JS-6: Dollar Financial Corp. Only**

On September 8, 2017, the Court issued an Order to Show Cause as to why Defendants Dollar Financial Corp. and DFC Global Corp. should not be dismissed for lack of prosecution (the "OSC"). Dkt. 56. A response to the OSC was to be filed by September 15, 2017. Plaintiff filed a response to the OSC (Dkt. 58) (the "Response"). An Answer was also filed by Defendant DFC Global Corp ("DFC"). Dkt. 59. The Response contends that Dollar Financial Group is no longer an active entity, and has been succeeded by DFC. Accordingly, Plaintiff has no objection to the dismissal of Dollar Financial Corp. without prejudice. Moreover, the Answer states that DFC formerly did business as Dollar Financial Corp. In light of the foregoing, the OSC is **DISCHARGED,** and Dollar Financial Corp. is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

                                                               :

Initials of Preparer    ak